1   Christopher A. Meyers (#032558)
    SNELL & WILMER L.L.P.
2   One Arizona Center
    400 E. Van Buren, Suite 1900
3   Phoenix, Arizona  85004-2202
    Telephone:  602.382.6000
4   Facsimile:  602.382.6070
    E-Mail: cmeyers@swlaw.com
5   Attorneys for Defendant Equifax Information
    Services LLC
6

7                 IN THE UNITED STATES DISTRICT COURT

8                    FOR THE DISTRICT OF ARIZONA

9

10  David E. Slattery, Jr.,                    No. 2:17-cv-01486-JAT

11                        Plaintiff,           **DEFENDANT EQUIFAX**
                                               **INFORMATION SERVICES LLC'S**
12  v.                                         **ANSWER AND DEFENSES TO**
                                               **PLAINTIFF'S COMPLAINT**
13  Trans Union LLC, et al.,

14                        Defendants.

15

16       Defendant, Equifax Information Services LLC ("Equifax"), by counsel, hereby

17  files its Answer and Defenses to Plaintiffs' Complaint.

18                        **PRELIMINARY STATEMENT**

19       In answering the Complaint, Equifax states that it is responding to allegations on

20  behalf of itself only, even where the allegations pertain to alleged conduct by all

21  Defendants.   Equifax denies any and all allegations contained in the headings and/or

22  unnumbered paragraphs in the Complaint.

23                                **ANSWER**

24       In response to the specific allegations in the enumerated paragraphs in the

25  Complaint, Equifax responds as follows:

26       1.     Equifax admits that Plaintiff purports to bring an action under the Fair

27  Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA").  Equifax is without knowledge

28  or information sufficient to form a belief as to the truth of the remaining allegations in

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

1   Paragraph 1.

2       2.      Equifax states that the FCRA speaks for itself. To the extent Plaintiff

3   misstates, misquotes, or mischaracterizes the FCRA, Equifax denies the allegations in

4   Paragraph 2.

5       3.      Equifax states that the FTC consent orders speak for themselves. To the

6   extent Plaintiff misstates, misquotes, or mischaracterizes the FTC consent orders, Equifax

7   denies the allegations in Paragraph 3.

8       4.      Equifax denies the allegations in Paragraph 4 as they relate to it.  Equifax is

9   without knowledge or information sufficient to form a belief as to the truth of the

10  remaining allegations in Paragraph 4.

11      5.      Equifax states that the legal authorities referenced in Paragraph 5 speak for

12  themselves. To the extent Plaintiff misstates, misquotes, or otherwise mischaracterizes the

13  legal authorities, Equifax denies the allegations in Paragraph 5.   Equifax denies the

14  allegations in Paragraph 5 as they relate to it.   Equifax is without knowledge or

15  information sufficient to form a belief as to the truth of the remaining allegations in

16  Paragraph 5.

17      6.      Equifax denies the allegations in Paragraph 6 as they relate to it.  Equifax is

18  without knowledge or information sufficient to form a belief as to the truth of the

19  remaining allegations in Paragraph 6.

20      7.      Equifax states that the legal authorities and consent orders referenced in

21  Paragraph 7 speak for themselves. To the extent Plaintiff misstates, misquotes, or

22  otherwise mischaracterizes the legal authorities and consent orders, Equifax denies the

23  allegations in Paragraph 7. Equifax denies the allegations in Paragraph 7 as they relate to

24  it.  Equifax is without knowledge or information sufficient to form a belief as to the truth

25  of the remaining allegations in Paragraph 7.

26      8.      Equifax states that the *Angela Williams* suit speaks for itself, and to the

27  extent Plaintiff misstates, misquotes, or otherwise mischaracterizes it, the allegations are

28  denied.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

9.    Equifax states that the *Julie Miller* case speaks for itself, and to the extent Plaintiff misstates, misquotes, or otherwise mischaracterizes it, the allegations are denied.

10.    Equifax states that the *Judy Thomas* case speaks for itself, and to the extent Plaintiff misstates, misquotes, or otherwise mischaracterizes it, the allegations are denied.

11.    Equifax denies the allegations in Paragraph 11 as they relate to it.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 11.

12.    Equifax denies the allegations in Paragraph 12 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 12.

13.    To the extent Plaintiff has properly alleged his claims, Equifax admits the Court may exercise its jurisdiction.

14.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

15.    Equifax admits that Plaintiff is a "consumer," as defined by 15 U.S.C. §1681a(C).  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 15.

16.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

17.    Equifax admits it is a limited liability company organized under the laws of Georgia, is authorized to do business in Arizona and operates as "consumer reporting agency," as defined by the FCRA.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 17.

18.    Equifax denies the allegations in Paragraph 18 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 18.

19.    Equifax denies the allegations in Paragraph 19 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

1  the remaining allegations in Paragraph 19.

2      20.    Equifax denies the allegations in Paragraph 20 as they pertain to Equifax.

3  Equifax is without knowledge or information sufficient to form a belief as to the truth of

4  the remaining allegations in Paragraph 20.

5      21.    Equifax is without knowledge or information sufficient to form a belief as to

6  the truth of the allegations in Paragraph 21.

7      22.    Equifax denies the allegations in Paragraph 22 as they pertain to Equifax.

8  Equifax is without knowledge or information sufficient to form a belief as to the truth of

9  the remaining allegations in Paragraph 22.

10     23.    Equifax is without knowledge or information sufficient to form a belief as to

11  the truth of the allegations in Paragraph 23.

12     24.    Equifax denies the allegations in Paragraph 24.

13     25.    Equifax denies the allegations in Paragraph 25 as they pertain to Equifax.

14  Equifax is without knowledge or information sufficient to form a belief as to the truth of

15  the remaining allegations in Paragraph 25.

16     26.    Equifax is without knowledge or information sufficient to form a belief as to

17  the truth of the allegations in Paragraph 26.

18     27.    Equifax denies the allegations in Paragraph 27 as they pertain to Equifax.

19  Equifax is without knowledge or information sufficient to form a belief as to the truth of

20  the remaining allegations in Paragraph 27.

21     28.    Equifax admits it received a dispute from Plaintiff. Equifax states that the

22  dispute speaks for itself, and to the extent Plaintiff misquotes, misstates, mischaracterizes,

23  or takes out of context the dispute with Equifax, the allegations are denied. Equifax denies

24  the remaining allegations in this paragraph.

25     29.    Equifax is without knowledge or information sufficient to form a belief as to

26  the truth of the allegations in Paragraph 29.

27     30.    Equifax is without knowledge or information sufficient to form a belief as to

28  the truth of the allegations in Paragraph 30.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

1
2

31.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

3
4

32.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

5
6

33.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33.

7
8

34.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34.

9
10

35.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35.

11
12

36.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

13
14
15

37.    Equifax denies the allegations in Paragraph 37 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 37.

16
17
18

38.    Equifax denies the allegations in Paragraph 38 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 38.

19
20
21

39.    Equifax denies the allegations in Paragraph 39 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 39.

22
23
24

40.    Equifax denies the allegations in Paragraph 40 as they relate to it.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 40.

25
26
27

41.    Equifax denies the allegations in Paragraph 41 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 41.

28

42.    Equifax denies the allegations in Paragraph 42 as they pertain to Equifax.

- 5 -

1   Equifax is without knowledge or information sufficient to form a belief as to the truth of

2   the remaining allegations in Paragraph 42.

3        43.    Equifax is without knowledge or information sufficient to form a belief as to

4   the truth of the allegations in Paragraph 43.

5        44.    Equifax denies the allegations in Paragraph 44 as they pertain to Equifax.

6   Equifax is without knowledge or information sufficient to form a belief as to the truth of

7   the remaining allegations in Paragraph 44.

8        45.    Equifax denies the allegations in Paragraph 45 as they pertain to Equifax.

9   Equifax is without knowledge or information sufficient to form a belief as to the truth of

10   the remaining allegations in Paragraph 45.

11        46.    Equifax denies the allegations in Paragraph 46 as they pertain to Equifax.

12   Equifax is without knowledge or information sufficient to form a belief as to the truth of

13   the remaining allegations in Paragraph 46.

14        47.    Equifax denies the allegations in Paragraph 47 as they pertain to Equifax.

15   Equifax is without knowledge or information sufficient to form a belief as to the truth of

16   the remaining allegations in Paragraph 47.

17        48.    Equifax denies the allegations in Paragraph 48 as they pertain to Equifax.

18   Equifax is without knowledge or information sufficient to form a belief as to the truth of

19   the remaining allegations in Paragraph 48.

20        49.    Equifax reasserts and re-alleges its responses and defenses as set forth above

21   in Paragraphs 1 through 48.

22        50.    Equifax denies the allegations in Paragraph 50 as they pertain to Equifax.

23   Equifax is without knowledge or information sufficient to form a belief as to the truth of

24   the remaining allegations in Paragraph 50.

25        51.    Equifax denies the allegations in Paragraph 51 as they pertain to Equifax.

26   Equifax is without knowledge or information sufficient to form a belief as to the truth of

27   the remaining allegations in Paragraph 51.

28        52.    Equifax denies the allegations in Paragraph 52 as they pertain to Equifax.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

1  Equifax is without knowledge or information sufficient to form a belief as to the truth of

2  the remaining allegations in Paragraph 52.

3  53.    Equifax denies the allegations in Paragraph 53 as they pertain to Equifax.

4  Equifax is without knowledge or information sufficient to form a belief as to the truth of

5  the remaining allegations in Paragraph 53.

6  54.    Equifax denies the allegations in Paragraph 54 as they pertain to Equifax.

7  Equifax is without knowledge or information sufficient to form a belief as to the truth of

8  the remaining allegations in Paragraph 54.

9  55.    Equifax denies the allegations in Paragraph 55 as they pertain to Equifax.

10  Equifax is without knowledge or information sufficient to form a belief as to the truth of

11  the remaining allegations in Paragraph 55.

12  56.    Equifax denies the allegations in Paragraph 56 as they pertain to Equifax.

13  Equifax is without knowledge or information sufficient to form a belief as to the truth of

14  the remaining allegations in Paragraph 56.

15  57.    Equifax reasserts and re-alleges its responses and defenses as set forth above

16  in Paragraphs 1 through 56.

17  58.    Equifax is without knowledge or information sufficient to form a belief as to

18  the truth of the allegations in Paragraph 58.

19  59.    Equifax is without knowledge or information sufficient to form a belief as to

20  the truth of the allegations in Paragraph 59.

21  60.    Equifax is without knowledge or information sufficient to form a belief as to

22  the truth of the allegations in Paragraph 60.

23  61.    Equifax is without knowledge or information sufficient to form a belief as to

24  the truth of the allegations in Paragraph 61.

25  62.    Equifax is without knowledge or information sufficient to form a belief as to

26  the truth of the allegations in Paragraph 62.

27  63.    Equifax reasserts and re-alleges its responses and defenses as set forth above

28  in Paragraphs 1 through 62.

1    64.    Equifax denies the allegations in Paragraph 64 as they pertain to Equifax.

2   Equifax is without knowledge or information sufficient to form a belief as to the truth of

3   the remaining allegations in Paragraph 64.

4    65.    Equifax denies the allegations in Paragraph 65 as they pertain to Equifax.

5   Equifax is without knowledge or information sufficient to form a belief as to the truth of

6   the remaining allegations in Paragraph 65.

7    66.    Equifax denies the allegations in Paragraph 66 as they pertain to Equifax.

8   Equifax is without knowledge or information sufficient to form a belief as to the truth of

9   the remaining allegations in Paragraph 66.

10    67.    Equifax denies the allegations in Paragraph 67 as they pertain to Equifax.

11   Equifax is without knowledge or information sufficient to form a belief as to the truth of

12   the remaining allegations in Paragraph 67.

13    68.    Equifax denies the allegations in Paragraph 68 as they pertain to Equifax.

14   Equifax is without knowledge or information sufficient to form a belief as to the truth of

15   the remaining allegations in Paragraph 68.

16    69.    Equifax reasserts and re-alleges its responses and defenses as set forth above

17   in Paragraphs 1 through 68.

18    70.    Equifax denies the allegations in Paragraph 70 as they pertain to Equifax.

19   Equifax is without knowledge or information sufficient to form a belief as to the truth of

20   the remaining allegations in Paragraph 70.

21    71.    Equifax denies the allegations in Paragraph 71 as they pertain to Equifax.

22   Equifax is without knowledge or information sufficient to form a belief as to the truth of

23   the remaining allegations in Paragraph 71.

24    72.    Equifax denies the allegations in Paragraph 72 as they pertain to Equifax.

25   Equifax is without knowledge or information sufficient to form a belief as to the truth of

26   the remaining allegations in Paragraph 72.

27    73.    Equifax denies the allegations in Paragraph 73 as they pertain to Equifax.

28   Equifax is without knowledge or information sufficient to form a belief as to the truth of

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

- 8 -

1   the remaining allegations in Paragraph 73.

2         74.    Equifax denies the allegations in Paragraph 74 as they pertain to Equifax.

3   Equifax is without knowledge or information sufficient to form a belief as to the truth of

4   the remaining allegations in Paragraph 74.

5         75.    Equifax admits Plaintiff has demanded a trial by jury, and likewise demands

6   a jury trial in this case.

7         Equifax denies that the Plaintiff is entitled to any relief claimed in his Complaint.

8         Any allegation in Plaintiff's Complaint not heretofore specifically responded to by

9   Equifax is hereby denied.

10  ## DEFENSES

11        Without assuming the burden of proof where it otherwise rests with Plaintiff,

12  Equifax pleads the following defenses to the Complaint:

13  ### First Defense

14        Plaintiff's Complaint fails to state a claim against Equifax upon which relief can be

15  granted.

16  ### Second Defense

17        At all pertinent times, Equifax maintained reasonable procedures to assure

18  maximum possible accuracy in its credit reports.

19  ### Third Defense

20        Plaintiff's damages, if any, were not caused by Equifax, but by another person or

21  entity for whom or for which Equifax is not responsible.

22  ### Fourth Defense

23        Equifax has complied with the Fair Credit Reporting Act in its handling of

24  Plaintiff's credit file and is entitled to each and every defense stated in the Act and any

25  and all limitations of liability.

26  ### Fifth Defense

27        At all relevant times herein, the Plaintiff's alleged damages, which Equifax denies

28  exist, were aggravated by the failure of the Plaintiff to use reasonable diligence to mitigate

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

1    the same. Therefore, Plaintiff's recovery, if any, should be barred or decreased by reason

2    of his failure to mitigate alleged losses.

3                                    **Sixth Defense**

4         Plaintiff cannot meet the requirements of 15 U.S.C. § 1681n in order to recover

5    punitive or statutory damages.

6                                   **Seventh Defense**

7         Equifax adopts by reference the defenses, criteria, limitations, standards and

8    constitutional protections mandated or provided by the United States Supreme Court in

9    the following cases: *BMW v. Gore*, 517 U.S. 559 (1996); *Cooper Indus., Inc. v.*

10   *Leatherman Tool Group, Inc.*, 532 U.S. 923 (2001); *State Farm v. Campbell*, 538 U.S.

11   408 (2003), and *Safeco Insurance Co. of America v. Burr*, 551 U.S. 47 (2007).

12        Equifax reserves the right to have additional defenses that it learns through the

13   course of discovery.

14        **WHEREFORE**, having fully answered or otherwise responded to the allegations

15   in Plaintiff's Complaint, Equifax prays that:

16        (1)    Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all

17   costs taxed against Plaintiff;

18        (2)    Equifax be dismissed as a party to this action;

19        (3)    Equifax recover such other and additional relief as the Court deems just and

20   appropriate.

21        DATED this 17th day of July, 2017.

22                                              SNELL & WILMER L.L.P.

23

24                                    By  s/Christopher Meyers
                                          Christopher Meyers
25                                        One Arizona Center
                                          400 E. Van Buren, Suite 1900
26                                        Phoenix, Arizona 85004-2202
                                          Attorneys for Plaintiff Equifax
27                                        Information Services LLC

28

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on the 17th day of July, 2017, I electronically transmitted the

3  foregoing document and any attachments to the U.S. District Court Clerk's Office using

4  the CM/ECF System for filing:

5  Paul B Mengedoth
   Mengedoth Law PLLC
6  20909 N 90th St., Ste. 211
   Scottsdale, AZ 85255
7

8  John Neil Stuart
   Cohen Dowd Quigley PC
   Camelback Esplanade I
9  2425 E Camelback Rd., Ste. 1100
   Phoenix, AZ 85016
10

11  s/Kimberly  Erickson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000