Paul B. Mengedoth (018507)
**MENGEDOTH LAW PLLC**
20909 N. 90th Place, Suite 211
Scottsdale, AZ 85255
Tel: (480) 778-9100
Fax: (480) 778-9101
E-mail: paul@mengedothlaw.com

Attorney for Plaintiff David E. Slattery, Jr.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| DAVID E. SLATTERY, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, a Delaware limited liability company and EQUIFAX INFORMATION SOLUTIONS LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. CV-17-01486-PHX-JAT<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT TRANS UNION** |

Plaintiff David E. Slattery, Jr. and Defendant Trans Union LLC, by and through the undersigned, stipulate and move the Court to grant their Stipulation of Dismissal. Plaintiff and Defendant Trans Union entered into a confidential settlement of all of Plaintiff's claims alleged in this case solely against Trans Union. None of Plaintiff's claims against separate defendant Equifax Information Solutions LLC are impacted by such settlement with Defendant Trans Union, and all of Plaintiff's claims alleged against Equifax shall remain. Accordingly, Plaintiff and

Defendant Trans Union request the court enter the attached proposed order, dismissing all of Plaintiff's claims solely against Trans Union, with prejudice, with all costs to be paid by the party incurring the same.

DATED the 10th day of November, 2017.

**MENGEDOTH LAW PLLC**

\_\_\_/s/ Paul B. Mengedoth_____
Paul B. Mengedoth
20909 N. 90th Place, Suite 211
Scottsdale, AZ 85255
Attorney for Plaintiff David E. Slattery, Jr.

**COHEN DOWD QUIGLEY**

\_\_\_/s/  J. Neil Stuart (*with permission*)\_\_\_\_\_
Daniel P. Quigley, Esq.
J. Neil Stuart, Esq.
2425 East Camelback Road, Suite 1100
Phoenix, AZ 85016

Attorneys for Defendant Trans Union

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 10, 2017, a true and accurate copy of the foregoing was transmitted through the CM/ECF system to each of the following registrants:

Daniel P. Quigley, Esq.
J. Neil Stuart, Esq.
Cohen Dowd Quigley
2425 East Camelback Road, Suite 1100
Phoenix, AZ 85016
dquigley@CDOLaw.com
nstuart@CDOLaw.com

Attorneys for Defendant Trans Union

Christopher Andrew Meyers, Esq.
Snell & Wilmer L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
cmeyers@swlaw.com

/s/ Elisa A. Rowell
Elisa A. Rowell