|   |   |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **DISTRICT OF ARIZONA** |
| DAVID E. SLATTERY, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, a Delaware limited liability company and EQUIFAX INFORMATION SOLUTIONS LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. CV-17-01486-PHX-JAT<br><br>**ORDER** |

    Pending before the Court is Plaintiff David E. Slattery, Jr.'s ("Plaintiff Slattery") and Defendant Trans Union LLC's ("Trans Union") Stipulated Motion to Dismiss Defendant Trans Union.

    **IT IS ORDERED** granting the motion (Doc. 32) such that all of Plaintiff David E. Slattery, Jr.'s claims solely against Defendant Trans Union LLC are dismissed, with prejudice, with each such party bearing his and its respective costs.

/ / /

/ / /

/ / /

/ / /

All of Plaintiff's claims against Defendant Equifax Information Solutions LLC alleged in this case remain pending and the Clerk of the Court shall NOT enter judgment at this time.

Dated this 13th day of November, 2017.

James A. Teilborg
Senior United States District Judge